Sarah Shapero (Bar No. 281748)
Brooke Brewer (Bar No. 352036)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Phone: (415) 273-3504 | Fax: (415) 358-4116
sarah@shaperolawfirm.com
brooke@shaperolawfirm.com

Attorneys for Plaintiffs,
JULIO CAMPOS
MIRIAM CAMPOS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CAMPOS, an individual; and MIRIAM CAMPOS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>DYCK O'NEAL, a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01317<br><br>**EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER TO RESTRAIN THE TRUSTEE'S SALE** |

TO THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiffs, JULIO CAMPOS and MIRIAM CAMPOS, (hereinafter "Plaintiffs") hereby submit this Ex-Parte Application for a Temporary Restraining Order to Restrain the Trustee Sale of property located 2495 Paseo Del Sol, Turlock, CA 95382 (the "Property").

1 | Notice of this Ex-Parte Application was provided to all parties as described in the Declaration of Brooke Brewer, filed herewith. For the reasons set forth in this application, the Memorandum of Points and Authorities, and the attached Declarations, good cause exists to grant Plaintiffs' Ex-Parte Application for a Temporary Restraining Order.

DATED: July 11, 2024            Respectfully submitted,

SHAPERO LAW FIRM, PC

*/s/Brooke Brewer*
Sarah Shapero, Esq.
Brooke Brewer, Esq.
Attorneys for Plaintiffs
JULIO CAMPOS
MIRIAM CAMPOS