UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE VIVES, as the Permanent Receiver for the Estate of 1inMM Capital LLC and its affiliates and subsidiaries,<br><br>Plaintiff,<br><br>v.<br><br>CITY NATIONAL BANK, an RBC Company,<br><br>Defendant. | Case No. 2:24-cv-01317-CAS-PVC<br><br>Referred under Cal. Code Civ. Proc. Section 638 to:<br><br>Hon. Ann I. Jones (Ret.)<br><br>**JUDGMENT**<br><br>Hon. Christina A. Snyder |

On October 30, 2024, pursuant to the parties' stipulation, the Court ordered that the Honorable Ann I. Jones (Ret.) (the "Referee") shall serve "as an all-purpose judicial referee, pursuant to California Code of Civil Procedure § 638 *et seq.*" to "hear and determine all issues in this matter" and "prepare a statement of decision that will be filed with this Court, consistent with California Code of Civil Procedure §§ 644–45." Dkt. 33. On July 1, 2025, the Referee issued an order regarding defendant City National Bank's ("CNB") motion to dismiss the First Amended Complaint ("FAC") of plaintiff Michele Vives (the "Receiver"). Dkt. 108 ("Statement of Decision"). The parties have separately requested that the Court enter judgment in accordance with the Statement of Decision. See dkts. 122, 123.

Having considered the Referee's Statement of Decision and the parties' requests that judgment be entered thereon, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered consistent with the Referee's Statement of Decision as follows:

1. CNB's Motion to Dismiss the Receiver's FAC is granted; and
2. The FAC, and each cause of action and claim for relief asserted therein, are dismissed with prejudice.

Dated: October 9, 2025

*Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge