JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELE VIVES, as the Permanent Receiver for the Estate of 1inMM Capital LLC and its affiliates and subsidiaries,<br><br>Plaintiff,<br><br>v.<br><br>CITY NATIONAL BANK, an RBC Company,<br><br>Defendant. | Case No. 2:24-cv-01317-CAS-PVCx<br><br>**JUDGMENT**<br><br>Hon. Christina A. Snyder |

On October 30, 2024, pursuant to the parties' stipulation, the Court ordered that the Honorable Ann I. Jones (Ret.) (the "Referee") shall serve "as an all-purpose judicial referee, pursuant to California Code of Civil Procedure § 638 *et seq.*" to "hear and determine all issues in this matter" and "prepare a statement of decision that will be filed with this Court, consistent with California Code of Civil Procedure §§ 644-45." Dkt. 33. On July 1, 2025, the Referee issued an order granting defendant City National Bank's ("CNB") motion to dismiss the First Amended Complaint ("FAC") of plaintiff Michele Vives (the "Receiver") without leave to amend. Dkt. 108 ("Statement of Decision").

///

On April 27, 2026, the Referee issued an order denying the Receiver's Motion for Reconsideration of the Referee's Statement of Decision ("Order Denying Reconsideration"). Dkt. 138.

Having considered the Referee's Statement of Decision and her Order Denying Reconsideration, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered consistent with the Referee's Statement of Decision as follows:

1. CNB's Motion to Dismiss the Receiver's FAC is granted; and

2. The FAC, and each cause of action and claim for relief asserted therein, are dismissed with prejudice and without leave to amend.

IT IS SO ORDERED.

Dated: April 29, 2026

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE